UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARNER BROS. RECORDS et al,

        Plaintiffs,

                                    Case No. 2:07-cv-148

v.

                                    HONORABLE PAUL L. MALONEY

DAN SHELDON,

        Defendants.
_____/

### ORDER REGARDING DEFAULT JUDGMENT

        It appearing that default was entered against defendant Dan Sheldon on November 27, 2007.  It further appearing that plaintiff has not applied for Judgment by Default against said defendant.  Therefore,

        **IT IS HEREBY ORDERED** that plaintiff shall submit pleadings necessary to obtain a judgment against said defendant(s) pursuant to either Fed.R.Civ.P. 55(b)(1) or 55(b)(2) by December 28, 2007.

        **IT IS FURTHER ORDERED** that failure to comply with this Order may result in dismissal of this case for lack of prosecution pursuant to W.D. Mich.LCivR 41.1.

Dated:  December 12, 2007                       /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                                 United States District Judge